UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHERVIN FULFORD,

        Plaintiff,

CASE NO.: 1:15-cv-23061

vs.

MIAMI-DADE COUNTY,

        Defendant.

_____/

## JOINT SCHEDULING REPORT

Plaintiff, Shervin Fulford ("Plaintiff") and Defendant, Miami-Dade County ("Defendant") (collectively, "Parties"), pursuant to Southern District of Florida Local Rule 16.1(b), hereby file this Joint Scheduling Report and the attached Joint Proposed Scheduling Order.

## SCHEDULING REPORT

    **A.**    **Likelihood of Settlement**

The parties will explore, in good faith, the possibilities of settlement.

    **B.**    **Likelihood of Appearance in Action of Additional Parties**

The Parties do not anticipate adding any additional parties.

    **C.**    **Proposed Limits on Time (i) to Join Other Parties and Amend Pleadings; (ii) to File and Hear Motions; and (iii) to Complete Discovery**

The Parties propose the following deadlines:

    (i)    Joinder of Parties and Amend Pleadings:  **March 15, 2016;**

    (ii)    To File Dispositive Motions:  **October 31, 2016;**

    (iii)    To Complete Discovery:  **September 30, 2016**

**D.     Proposal for Formulation and Simplification of Issues**

The parties agree to continue discussing the formulation and simplification of issues. The parties are unable to further simplify the issues at this time. The parties are hopeful that after discovery and further investigation, they will be able to further simplify the issues prior to the pre-trial conference, if any, or the trial of this matter.

**E.     Necessity or Desirability of Amendments to the Pleadings**

None at this time.

**F.     The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Store Information or Things and the Need for Advance Rulings from Court on Admissibility of Evidence**

The Parties agree to endeavor in good faith efforts to enter into stipulations regarding the authenticity of documents and other evidentiary matters, if possible. Further, as discovery progresses, the Parties will attempt to minimize the need for advance rulings by the Court and unnecessary proof by admitting facts that are not disputed. In the event the Parties discover that there is relevant ESI, they will discuss the most appropriate form in which to produce that information.

**G.     Suggestions for Avoidance of Unnecessary Proof and Cumulative Evidence**

None at this time, although the Parties will continue to discuss suggestions for avoiding unnecessary proof and cumulative evidence throughout the litigation.

**H.     Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

None, although the Parties acknowledge that discovery matters are generally referred to the Magistrate Judge as a matter of course.

**I.     Preliminary Estimate of Time Required for Trial**

The Parties estimate that the jury trial of this matter will take approximately three to five

2

(3-5) days.

J. **Requested Dates For Conferences Before Trial, Final Pretrial Conference, And Trial**

The parties request that the case be set for trial in May 2017. The parties request a Final Pretrial Conference in late April, 2017.

K. **Other Information Helpful to the Court**

None at this time.

Dated this 23rd day of February, 2016

Richard Celler Legal, P.A.
7450 Griffin Road
Suite 230
Davie, FL 33314
Tel: (866) 344-9243
Fax: (954) 337-2771
E-mail:
richard@floridaovertimelawyer.com

s/ Richard Celler
Richard Celler, Esq.
Florida Bar No.:0173370

*Attorneys for Plaintiff*

Miami-Dade County Attorney's Office
Assistant County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5634
Email: wxc@miamidade.gov

s/William X. Candela
William X. Candela, Esq.

*Attorney for Defendant*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHERVIN FULFORD,

      Plaintiff,

CASE NO.: 1:15-cv-23061

vs.

MIAMI-DADE COUNTY,

      Defendant.
_____/

## JOINT PROPOSED SCHEDULING ORDER

The Court, having received and reviewed the Parties' Joint Scheduling Report and being otherwise duly advised in the premises thereof,

It is hereby ORDERED that the case is placed on the Standard Track pursuant to Local Rule 16.1(A) and the following deadlines put in place:

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| March 15, 2016 | All motions for joinder of parties or to amend pleadings shall be filed. |
| July 8, 2016 | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify.  Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| August 8, 2016 | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify.  Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff. |
| September 30, 2016 | All expert discovery must be completed. |
| September 30, 2016 | All fact discovery must be completed. |
| November 15, 2016 | Mediation must be completed.  (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.) |

| | |
|---|---|
| October 31, 2016 | All dispositive *and* other pretrial motions not explicitly excluded by S.D. Fla. L.R. 7.1.A.1, and accompanying memoranda of law must be filed. A minimum of **seventeen (17) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. |
| February 25, 2017 | (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation.** The court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**<br><br>(b) A joint statement outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, either in the form of a proposed jury instruction (for jury cases) or proposed conclusions of law (for non-jury cases); **and**<br><br>(c) Joint Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (i) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (ii) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation. |
| March 10, 2017 | Final proposed jury instructions or findings of fact and conclusions of law must be submitted. (*A courtesy copy shall be submitted to chambers*) each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination. |

| | |
|---|---|
| <u>March 2017</u> | Pretrial conference.  Usually 30 minutes are allotted for pretrial conference unless the parties or the Court, *sua sponte*, indicate a greater time is needed. |
| <u>April 2017</u> | Trial Date. |

      DONE AND ORDERED in Chambers, at Miami, Florida this ___ day of _____, 2016.

                                                                                   UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel of record